AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT

### for the

### District of Oregon

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  6:22-cr-00262-MC-1 |
| Michael Malekzadeh | ) | |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year.  I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date:    08/03/2022

s/Michael Malekzadeh
*Defendant's signature*

s/Joanna T. Perini-Abbott
*Signature of defendant's attorney*

Joanna T. Perini-Abbott
*Printed name of defendant's attorney*

*Judge's signature*

MUSTAFA T. KASUBHAI, U.S. MAGISTRATE JUDGE
*Judge's printed name and title*