NATALIE K. WIGHT, OSB #035576
United States Attorney
District of Oregon
**GAVIN W. BRUCE, OSB # 113384**
Assistant United States Attorney
Gavin.Bruce@usdoj.gov
405 E 8th Ave., Suite 2400
Eugene, OR  97401
Telephone: (541) 465-6771
Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 6:22-cr-00262-MC |
| v. | **GOVERNMENT'S UNOPPOSED MOTION TO STAY PRODUCTION OF DISCOVERY** |
| **MICHAEL MALEKZADEH and BETHANY MOCKERMAN,** | |
| **Defendants.** | |

The United States of America hereby moves the Court for an Order to Stay Production of Discovery until a later date to be agreed upon by the parties.  The Court ordered discovery due within 14 days at defendants' initial appearances on August 3, 2022.  ECF 7, 12.  Due to the defendants' posture in the ongoing investigation, the parties have conferred per Rule 16.1 and agree that production of discovery should be postponed. The parties will agree on a reasonable date for production at a later date.

/ / /

Defense counsel does not object to this motion.

Dated: August 17, 2022

Respectfully submitted,

NATALIE K. WIGHT
United States Attorney

*/s/ Gavin W. Bruce*
GAVIN W. BRUCE, OSB # 113384
Assistant United States Attorney