UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 6:22-cr-00262-MC |
| v. | ORDER TO STAY PRODUCTION OF DISCOVERY |
| MICHAEL MALEKZADEH and BETHANY MOCKERMAN, | |
| Defendants. | |

Based on the Unopposed Motion of the government,

IT IS HEREBY ORDERED to stay government's production of discovery until a later date to be agreed upon by the parties.

Dated: August____, 2022

_____
MICHAEL J. McSHANE
United States District Judge

Presented by:

NATALIE K. WIGHT
United States Attorney


*/s/ Gavin W. Bruce*_____
GAVIN W. BRUCE, OSB #113384
Assistant United States Attorney