IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 6:22-CR-00262-MC |
| v. | STIPULATED ORDER FOR AN INTERLOCUTORY SALE |
| MICHAEL MALEKZADEH and BETHANY MOCKERMAN, | |
| Defendants. | |

Plaintiff, United States of America; and defendants Michael Malekzadeh and Bethany

Mockerman, through their attorneys, hereby stipulate to this Order for an interlocutory sale of the

following seized items in this case:

1. MB&F M.A.D. Edition "It's a M.A.D. World" Watch,

2. Gentlemens Audemars Piguet Royal Oak Openworked Double Balance,

3. Ladies Audemars Piguet Royal Oak,

4. Gentlemens Audemars Piguet Royal Oak Openworked Double Balance,

5. Gentlemens Girard Perregaux watch Lauretto Tourbillon,

6. Gentlemens Girard Perregaux watch Minute Repeater Tri-Axial Tourbillion Earth to Sky,

7. Gentlemens Girard Perregaux Watch Cosmos Infinity,

8. Gentlemens Purnell Watch, Escape 2,

9. Gentlemens Purnell Watch, Escape 2, and

10. Gentlemens Audemars Piguet watch, Royal Oak.

This agreement has no effect on the claims or defenses of any party.

The Government and defendants Michael Malekzadeh and Bethany Mockerman agree that it is in the best interest of all the parties for these watches to be sold and the parties agree that the U.S. Marshals Service shall sell the items according to the ordinary course and procedures they typically use for selling luxury goods.   The proceeds of the sale shall be distributed in the following order:

1.  The United States Marshals Service shall be compensated for all costs, including shipping, storing, and auctioning/selling the items.

2.  The remainder shall be deposited in the Assets Forfeiture Fund and substituted in all respects for the items listed above, as the substitute *res*.

**SO STIPULATED:**

s/ *Michelle Kerin*                                              DATE:   February 4, 2023
MICHELLE KERIN
Attorney for Defendant Michael Malekzadeh


s/ *Bridget Donegan*                                         DATE:   February 10, 2023
BRIDGET DONEGAN
Attorney for Defendant Bethany Mockerman


s/ *Katherine C. De Villiers*                            DATE:   February 14, 2023
KATHERINE C. DE VILLIERS
Assistant United States Attorney
Attorney for Plaintiff United States of America

///

///

///


**Stipulated Order for an Interlocutory Sale**                                                **Page  2**

Having reviewed the foregoing Stipulation and good cause appearing,

IT IS SO ORDERED February  16th  , 2023.


              s/Michael J. McShane
              _____
              **HONORABLE MICHAEL McSHANE**
              United States District Judge