NATALIE K. WIGHT, OSB #035576
United States Attorney
District of Oregon
GAVIN W. BRUCE, OSB #113384
Assistant United States Attorney
Gavin.Bruce@usdoj.gov
405 East 8th Avenue, Suite 2400
Eugene, Oregon 97401
Telephone:  (541) 465-6771
Attorneys for the United States of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 6:22-CR-00262-MC |
| v. | SECOND BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY |
| MICHAEL MALEKZADEH and BETHANY MOCKERMAN, | |
| **Defendants.** | |

The United States of America hereby files the following Bill of Particulars for Forfeiture of Property.

The United States gives notice that in the forfeiture allegation of the Information, the United States is seeking forfeiture of the following property:

$6,100,000.00 seized from Oregon Community Credit Union;

$290,000.00 seized from Oregon Community Credit Union;

$123,000.00 Monetary Instrument;

80 luxury high end watches;

101 luxury high end handbags, e.g. clutches, purses, duffle bags;

42 pieces of miscellaneous fine jewelry;

**SECOND BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY**         Page 1

One pair of Luis Vuitton sunglasses;

One pair of Nike/Louis Vuitton Shoes;

$31,286.50 seized from Selco Community Credit Union;

$7,000.00 seized from Selco Community Credit Union;

$113,000 seized from Oregon Community Credit Union; and

$825,977.92 Monetary Instrument.

Dated: April 21, 2023                    Respectfully submitted,

                                         NATALIE K. WIGHT
                                         United States Attorney

                                         s/ *Gavin W. Bruce*
                                         **GAVIN W. BRUCE**
                                         Assistant United States Attorney