**DAVID H. ANGELI**, OSB No. 020244
david@angelilaw.com
**MICHELLE HOLMAN KERIN,** OSB No. 965278
michelle@angelilaw.com
**JOANNA PERINI-ABBOTT,** OSB No. 141394
joanna@angelilaw.com
ANGELI LAW GROUP LLC
121 SW Morrison Street, Suite 400
Portland, OR 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

*Attorneys for Michael Malekzadeh*

**WHITNEY PATRICK BOISE,** OSB No. 851570
whitney@boisematthews.com
**BRIDGET M. DONEGAN,** OSB No. 103753
bridget@boisematthews.com
BOISE MATTHEWS DONEGAN LLP
805 SW Broadway
Suite 1900
Portland, OR 97205
Telephone: (503) 228-0487
Facsimile: (503) 227-5984

*Attorneys for Bethany Mockerman*

**NATALIE K. WIGHT**, OSB #035576
United States Attorney District of Oregon
**QUINN HARRINGTON**, OSB #083544
Quinn.Harrington@usdoj.gov
**GAVIN W. BRUCE**, OSB #113384
Gavin.Bruce@usdoj.gov
405 East 8th Avenue, Suite 2400
Eugene, Oregon 97401
Telephone: (541) 465-6771
Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**MICHAEL MALEKZADEH and BETHANY MOCKERMAN,**<br><br>Defendant. | Case No. 6:22-cr-00262-MC<br><br>**JOINT STATUS REPORT, UNOPPOSED MOTION TO CONTINUE TRIAL DATE, AND WAIVER OF SPEEDY TRIAL** |

### STATUS REPORT

The United States of America and defendants Michael Malekzadeh and Bethany Mockerman, by and through their attorneys, file this status report to advise the Court of the status of the case, consistent with the court's March 15, 2023, order.

At the present time, the parties continue to prepare for trial or negotiate an alternative resolution. The government has provided some discovery to defendants and anticipates providing additional discovery shortly. In addition, it continues to interview witnesses and analyze financial records.

Defendants continue to fully comply and cooperate with the receiver of Zadeh Kicks and the government to ensure all assets are safe and can be used to minimize any loss to investors and customers. To that end, as the market warrants, the defendants have agreed to interim sales of assets to ensure the highest value can be recovered.

## MOTION

Defendants further move this Court to continue the trial in this case, currently scheduled for September 29, 2023. Defendants request a continuance of 6 months for a trial date on or after March 29, 2024, or other time convenient to this Court. The government does not oppose this continuance request.

This is the defendants' second motion for a continuance. The continuance is necessary for the parties to continue to investigate the allegations, including working through complex forensic accounting issues and interviewing witnesses. Such work is necessary to adequately defend against the allegations in the case or reach a pre-trial resolution. Any resolution will require extensive negotiations on loss calculations, restitution, and other nuanced issues that make this continuance necessary.

Counsel for each defendant spoke to defendants and defendants understand their rights under the Speedy Trial Act and Constitution. Defendants consent to waive their right to a speedy trial and agrees that the continuance through March 29, 2024, constitutes excludable delay pursuant to 18 U.S.C. § 3161(h)(7)(A).

DATED this 11th day of September, 2023.

Respectfully submitted,

*s/ Michelle Kerin*
**MICHELLE HOLMAN KERIN,** OSB No. 965278
michelle@angelilaw.com
**JOANNA PERINI-ABBOTT,** OSB No. 141394
joanna@angelilaw.com
**DAVID H. ANGELI**, OSB No. 020244
david@angelilaw.com
ANGELI LAW GROUP LLC
121 SW Morrison Street, Suite 400
Portland, OR 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

*Attorneys for Michael Malekzadeh*

*s/ Bridget Donegan*
**BRIDGET M. DONEGAN,** OSB No. 103753
bridget@boisematthews.com
**WHITNEY PATRICK BOISE,** OSB No. 851570
whitney@boisematthews.com
BOISE MATTHEWS DONEGAN LLP
805 SW Broadway
Suite 1900
Portland, OR 97205
Telephone: (503) 228-0487
Facsimile: (503) 227-5984

*Attorneys for Bethany Mockerman*

*s/ Quinn Harrington*
**QUINN HARRINGTON**, OSB #083544
Quinn.Harrington@usdoj.gov
**GAVIN W. BRUCE**, OSB #113384
Gavin.Bruce@usdoj.gov
**NATALIE K. WIGHT**, OSB #035576
United States Attorney District of Oregon
405 East 8th Avenue, Suite 2400
Eugene, Oregon 97401
Telephone: (541) 465-6771

*Attorneys for the United States of America*

PAGE 3 – JOINT STATUS REPORT, UNOPPOSED MOTION TO CONTINUE TRIAL DATE, AND WAIVER OF SPEEDY TRIAL