**DAVID H. ANGELI**, OSB No. 020244
david@angelicalfo.com
**MICHELLE HOLMAN KERIN,** OSB No. 965278
michelle@angelicalfo.com
**JOANNA PERINI-ABBOTT,** OSB No. 141394
joanna@angelicalfo.com
ANGELI & CALFO LLC
121 SW Morrison Street, Suite 400
Portland, OR 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

*Attorneys for Michael Malekzadeh*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**MICHAEL MALEKZADEH and BETHANY MOCKERMAN,**<br><br>Defendant. | Case No. 6:22-cr-00262-MC<br><br>**DEFENDANT MICHAEL MALEKZADEH'S UNOPPOSED MOTION TO CONTINUE CHANGE OF PLEA HEARING** |

Defendant Michael Malekzadeh, by and through his attorney, moves this Court for an Order continuing the Change of Plea Hearing currently set February 25, 2025, to sometime on or before March 31, 2025.

Mr. Malekzadeh is out of custody and in good contact with his counsel. Counsel has spoken with defendant and defendant understands his rights under the Speedy Trial Act and Constitution. Defendant consents to waive his right to a speedy trial and agrees that the continuance constitutes excludable delay pursuant to 18 U.S.C. § 3161(h)(7).

PAGE 1 – DEFENDANT MICHAEL MALEKZADEH'S UNOPPOSED MOTION TO CONTINUE CHANGE OF PLEA HEARING

Assistant United States Attorney Gavin W. Bruce does not oppose this continuance request.

DATED this 24th day of February, 2025.

    Respectfully submitted,

*s/ Michelle Kerin*
**MICHELLE HOLMAN KERIN,** OSB No. 965278
michelle@angelicalfo.com
**JOANNA PERINI-ABBOTT,** OSB No. 141394
joanna@angelicalfo.com
**DAVID H. ANGELI**, OSB No. 020244
david@angelicalfo.com
ANGELI & CALFO LLC
121 SW Morrison Street, Suite 400
Portland, OR 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

*Attorneys for Michael Malekzadeh*

PAGE 2 – DEFENDANT MICHAEL MALEKZADEH'S UNOPPOSED MOTION TO CONTINUE CHANGE OF PLEA HEARING