WILLIAM M. NARUS, CAB #243633
Acting United States Attorney
District of Oregon
GAVIN W. BRUCE, OSB #113384
Assistant United States Attorney
Gavin.Bruce@usdoj.gov
405 East 8th Avenue, Suite 2400
Eugene, Oregon 97401
Telephone:  (541) 465-6771
Attorneys for the United States of America

## UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 6:22-cr-00262-MC |
| v. | FOURTH BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY |
| MICHAEL MALEKZADEH and BETHANY MOCKERMAN, | |
| **Defendants.** | |

The United States of America hereby files the following Bill of Particulars for Forfeiture of Property.

The United States gives notice that in the forfeiture allegation of the Information, the United States is seeking forfeiture of the following property:

$6,100,000.00 seized from Oregon Community Credit Union;

$290,000.00 seized from Oregon Community Credit Union;

$123,000.00 Monetary Instrument;

80 luxury high end watches;

101 luxury high end handbags, e.g. clutches, purses, duffle bags;

42 pieces of miscellaneous fine jewelry;

**FOURTH BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY**        Page 1

One pair of Luis Vuitton sunglasses;

One pair of Nike/Louis Vuitton Shoes;

$31,286.50 seized from Selco Community Credit Union;

$7,000.00 seized from Selco Community Credit Union;

$113,000 seized from Oregon Community Credit Union;

$825,977.92 Monetary Instrument;

$43,000.00 U.S. Currency, proceeds from sale of Lexus GX 460;

$19,200.00 U.S. Currency, proceeds from sale of personal property items; and

$206,342.00 U.S. Currency, from Oregon Community Credit Union.

Dated: March 18, 2025					Respectfully submitted,

								WILLIAM M. NARUS
								Acting United States Attorney

								s/ *Gavin W. Bruce*
								**GAVIN W. BRUCE**
								Assistant United States Attorney